

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00073-CR

| | | |
|---|---|---|
| MICHAEL LEE FLORES, Appellant | § | On Appeal from the 485th District Court |
| | § | of Tarrant County (1716408) |
| V. | § | July 3, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment and bill of costs. The judgment is modified to reflect that Appellant Michael Lee Flores was convicted of a third-degree felony. The bill of costs is modified to reflect the trial court's judgment by deleting the $15 amount showed as owed. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr